IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TABEUS D. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:22-cv-285-ECM |
| | ) (WO) |
| CHILTON COUNTY JUDICIAL, | ) |
| SYSTEM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On June 28, 2022, the Magistrate Judge entered a Recommendation (doc. 6) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to comply with the orders of the Court.

A separate Final Judgment will be entered.

DONE this 21st day of July, 2022.

　　　　　　　　　　　　　/s/ Emily C. Marks　　　　　　　
　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE